IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERICK JAMES ERICKSON,

    Plaintiff,

vs.                                         CASE NO. 5:09cv379/RS-EMT

TREVOR RAMOS, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judges Report and Recommendation (Doc. 25). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion To Dismiss (Doc. 24) is **granted**. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on September 7, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**